IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

10-53655

| | | |
|---|---|---|
| Jarrod Hubbard, | : | Chapter 13 |
| | : | |
| Debtor. | : | Case No.10-5 |
| | : | |
| SS# xxx-xx-0621 | : | |

**CHAPTER 13 PLAN**

1. The future earnings of the Debtor are submitted to the supervision and control of the trustee and the Debtor shall pay to the trustee the sum of $520.00 monthly.

2. From the payments so received, the trustee shall make disbursements as follows:

(a) The trustee percentage fee as set by the United States Trustee.

(b) The monthly payments will be made on the following long-term debts:                    (Payments which become due after the filing of the petition but before the month of the first payment designated here will be added to the pre-petition arrearage claim.)

| NAME OF CREDITOR | MONTH OF FIRST PAYMENT UNDER PLAN | MONTHLY PAYMENT AMOUNT |
|---|---|---|
| None | | |

c) Preconfirmation adequate protection payments will be made to the following secured creditors and holders of executory contracts after the filing of a proof of claim by the creditor.  These payments will be applied to reduce the principal of the claim.

| NAME OF CREDITOR | ADEQUATE PROTECTION AMOUNT |
|---|---|
| Robins FCU | $20.00 |

(d) After confirmation of the plan, the secured creditors with allowed claim will be paid as follows:

| NAME OF CREDITOR | AMOUNT DUE | VALUE | INTEREST RATE | COLLATERAL | MONTHLY PAYMENT AMOUNT |
|---|---|---|---|---|---|
| Robins FCU | $17,000.00 | Debt | 4.0% | 2008 Ford F-150 | $355.00 |
| Marks and Morgan | $ 3,500.00 | Debt | Contract | Jewelry | $ 75.00 |

(e)  Attorney fees ordered pursuant to 11U.S.C. § 507(a)(2) of $2,500.00 to be paid as follows:

10-53655

| ATTORNEY | MONTHLY PAYMENT AMOUNT |
|---|---|
| David Judah | Pursuant to the Administrative Order of the Court regarding payment of attorney's fees. |

(f) After the above are paid, distributions will be made to cure arrearages and other secured debts whose claims are duly proven and allowed as follows:

| NAME OF CREDITOR CREDITOR | ESTIMATED AMOUNT DUE | VALUE | INTEREST RATE | COLLATERAL |
|---|---|---|---|---|

None

(g)  The following collateral is surrendered to the creditor:

| NAME OF CREDITOR | DESCRIPTION OF COLLATERAL |
|---|---|
| HSBC | 2009 Yamaha Star 5000 |

(h)  The following domestic support obligations will be paid over the life of the plan as follows: (these payments will/will not be made simultaneously with payment of the secured debt and will/will not include interest at the rate of ___%.  Interest can only be included if the plan is proposing to pay all claims in full.)

| NAME OF CREDITOR | PAYMENT AMOUNT |
|---|---|

None

(i) The following unsecured claims are classified to be paid at 100%.  These payments will/will not be made simultaneously with payment of the secured debt: None

(j) All other 11U.S.C.§ 507 priority claims, unless already listed under 2(g), will be paid in full over the life of the plan as funds become available in the order specified by law.

(k)  The Debtor(s) will act as his/her/their own disbursing agent on the following debt(s):

(l) Special provisions: None

(m) General unsecured creditors whose claims are duly proven and allowed will be paid
    (1) 15% dividend or a prorate share of $1300.00, whichever is greater; or
    (2) the debtor(s) will make payments for___ months and anticipates a dividend of
        _____ to unsecured creditors.

10-53655

Date 10/18/10             /S/ Jarrod Hubbard
                                Jarrod Hubbard, Debtor